UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN THE MATTER OF:                                                      CASE NUMBER:

**Roy Randolph Carpenter, Jr.**                                **09-03678-8-SWH**
SS#: xxx-xx-8997
**Penny Averette Carpenter**
SS#: xxx-xx-0333
Mailing Address:
     P. O. Box 314
     Stem, NC 27581

       Debtors.                                                          Chapter 13

**WITHDRAWAL OF OPPOSITION TO TRUSTEE'S MOTION TO DISMISS**

     NOW COME the debtors, through their attorney undersigned, and hereby withdraw their Opposition to Trustee's Motion to Dismiss, filed in the above-referenced case on September 9, 2009.  The debtors further request that the hearing on the Trustee's Motion and debtors' Opposition, which hearing is scheduled for the morning of April 28, 2010 in Raleigh, be canceled.

     Date:April 27, 2010

**Law Offices of John T. Orcutt, P.C. by**

 s./ Joseph A. Bledsoe, III
Joseph A. Bledsoe, III
Attorney at Law
6616-203 Six Forks Road
Raleigh, NC 27615
(919) 847-9750
NC State Bar No.: 19817

## CERTIFICATE OF SERVICE

I, Joseph A. Bledsoe, III, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on April 27, 2010, I served copies of the foregoing **WITHDRAWAL OF OPPOSITION TO TRUSTEE'S MOTION TO DISMISS** on the following parties:

John F. Logan
Chapter 13 Trustee
P. O. Box 61039
Raleigh, NC 27661-1038


Unless **electronic noticing** is indicated on the confirmation provided by the court upon the filing of said document(s), service was accomplished by **regular U.S. mail, first-class postage pre-paid**.

 s./ Joseph A. Bledsoe, III
Joseph A. Bledsoe, III