VAN–063 Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Roy Randolph Carpenter Jr.
P.O. Box 314
Stem, NC 27581

CASE NO.: 09–03678–8–SWH

DATE FILED: May 4, 2009

CHAPTER: 13

Penny Averette Carpenter
P.O. Box 314
Stem, NC 27581

ORDER OF DISMISSAL

The court finds that Roy Randolph Carpenter Jr. and Penny Averette Carpenter has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Roy Randolph Carpenter Jr. and Penny Averette Carpenter file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Roy Randolph Carpenter Jr. and Penny Averette Carpenter and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: April 28, 2010

Stephani W. Humrickhouse
United States Bankruptcy Judge