# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

Case Number: 09-03678-8-SWH
Judge: STEPHANI W. HUMRICKHOUSE
Dated: June 07, 2010

In Re:

ROY RANDOLPH CARPENTER, JR.          PENNY AVERETTE CARPENTER
P.O. BOX 314
STEM, NC  27581

SSN (1): XXX-XX-8997                  SSN (2): XXX-XX-0333

## NOTICE OF DISMISSAL PRIOR TO CONFIRMATION

The above-referenced debtors were dismissed from Chapter 13 prior to confirmation on April 28, 2010.  If a Debtor is dismissed from Chapter 13 prior to confirmation, all creditors may proceed with collection efforts against the Debtor.  The Debtor has not been discharged of his liabilities for the debts.

Attorney:
    JOHN T. ORCUTT
    ATTORNEY AT LAW
    6616-203 SIX FORKS RD.
    RALEIGH, NC  27615

Trustee:
    JOHN F. LOGAN
    CHAPTER 13 TRUSTEE
    POST OFFICE BOX  61039
    RALEIGH, NC  27661-1039

Dated: June 07, 2010
**For the Court**
    Stephanie J. Edmondson
    Bankruptcy Court Clerk
    Room 209
    Century Station Building
    Raleigh, NC  27602

## CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ROY RANDOLPH CARPENTER, JR.                          CASE NUMBER: 0903678
DEBTOR 2 NAME: PENNY AVERETTE CARPENTER

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on  06/08/2010   :

By First Class Mail :

AAC, PO BOX 2036, 28405 VAN DYKE ROAD, WARREN, MI  48093-2036 -
AFNI, INC., PO BOX 3427, BLOOMINGTON, IL  61702,  -
ALLTEL, ONE ALLIED DRIVE, BUILDING 4, SECOND FLOOR, LITTLE ROCK, AR  72202 -
APPLIED BANK, PO BOX 17125, WILMINGTON, DE  19850-7125,  -
ARROW FINANCIAL SERVICES, 5996 WEST TOUHY AVE., NILES, IL  60714-4610,  -
ARROW SERVICES, 5996 WEST TOUHY AVE., NILES, IL  60714,  -
ASCENSION CAPITAL GROUP, INC., ATTN: CAPITAL ONE AUTO FINANCE DEPT, PO BOX 201347, ARLINGTON, TX  76006 -
ASSET ACCEPTANCE, PO BOX 2036, WARREN, MI  48090-2036,  -
AT&T, PO BOX 80517, CHARLESTON, SC  29416-0517,  -
BELK, ATTN:  MANAGER OR REG. AGENT, PO BOX 103104, ROSWELL, GA  30076 -
BENEFICIAL HSBC, PO BOX 5608, GLENDALE HEIGHTS, IL  60139,  -
BEST BUY, PO BOX 15521, WILMINGTON, DE  19850-5521,  -
BILL ME LATER, PO BOX 2394, OMAHA, NE  68103-2394,  -
CANDICA, LLC, c/o: WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, SUITE 400 SEATTLE, WA  98121 -
CANDICA, LLC, c/o: WEINSTEIN & RILEY, PS, PO BOX 3978, SEATTLE, WA  98124 -
CAPITAL ONE BANK, PO BOX 30285, SALT LAKE CITY, UT  84130-0285,  -
CAPITAL ONE BANK, CAPITAL ONE, c/o: TSYS DEBT MANAGEMENT, PO BOX 5155 NORCROSS, GA  30091 -
CAPITAL ONE, PO BOX 70884, CHARLOTTE, NC  28272,  -
CB OF GREENSBORO, PO BOX 26140, GREENSBORO, NC  27402-6140,  -
CONSECO FINANCE, BK DEPT., PO BOX 6154, RAPID CITY, SD  57703-3663 -
CORTRUST BANK, P.O BOX 5431, SIOUX FALLS, SD  57117,  -
CPI SECURITY SYSTEMS, 4200 SANDY PORTER RD., CHARLOTTE, NC  28273,  -
CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV  89193,  -
DALE HENSLEY, ATTY. FOR FRANKLIN SIS CORP., P.O. DRAWER 1168, OXFORD, NC  27565 -
DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, PO BOX 21126, PHILADELPHIA, PA  19114 -
DICK`S SPORTING GOODS, C/O GE MONEY BANK, PO BOX 981127, EL PASO, TX  79998-1127 -
ESC, PO BOX 26504, RALEIGH, NC  27611-6504,  -
FIRST INVESTORS SERVICES CORP., 380 INTERSTATE NORTH PARKWAY, SUITE 300, ATLANTA, GA  30339 -
FIRSTSOURCE ADVANTAGE, LLC, 6341 INDUCON DRIVE EAST, SANBORN, NY  14132-9097,  -
FRANKLIN SIS CORPORATION, 111 HILTON AVE., DURHAM, NC  27703,  -
GE MONEY BANK, PO BOX 103104, ROSWELL, GA  30076,  -
GEMB/ JC PENNEY, PO BOX 981403, EL PASO, TX  79998-1403,  -
GEMB/LOWES, PO BOX 103104, ROSWELL, GA  30076,  -
GRANVILLE CO. TAX COLLECTOR, P.O. BOX 219, OXFORD, NC  27565,  -
GRANVILLE COUNTY TAX COLLECTOR, PO BOX 219, OXFORD, NC  27565-0219,  -
HSBC AUTO FINANCE, PO BOX 17904, SAN DIEGO, CA  92177,  -
HSBC AUTO FINANCE, FKA HOUSEHOLD AUTO FINANCE, PO BOX 60130, CITY OF INDUSTRY, CA  91716-0130 -
HSBC AUTO FINANCE, fka: HOUSEHOLD AUTO FINANCE CORP., PO BOX 201347, ARLINGTON, TX  76006 -
HSBC CARD SERVICES, PO BOX 80084, SALINAS, CA  93912-0084,  -
INTERNAL REVENUE SERVICE, ATTN:  MANAGER OR REG. AGENT, PO BOX 21125, PHILADELPHIA, PA  19114 -
JEFFERSON CAPITAL SYSTEMS, LLC, PO BOX 7999, SAINT CLOUD, MN  56302,  -
JEFFERSON CAPITAL SYSTEMS, LLC, ATTN:  MANAGER OR REG. AGENT, PO BOX 953185, ST. LOUIS, MO  63195-3185 -
JOHN T. ORCUTT, ATTORNEY AT LAW, 6616-203 SIX FORKS RD., RALEIGH, NC  27615 -
LVNV FUNDING LLC,, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603-0587 -
LVNV FUNDING LLC, PO BOX 10584, GREENVILLE, SC  29603,  -
MIDLAND CREDIT MANAGEMENT, 8875 AERO DRIVE, SUITE 200, SAN DIEGO, CA  92123,  -
MIDLAND CREDIT MANAGEMENT, DEPT 8870, LOS ANGELES, CA  90084-8870,  -

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:   06/08/2010            Signature:    _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

## CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ROY RANDOLPH CARPENTER, JR.                               CASE NUMBER: 0903678
DEBTOR 2 NAME: PENNY AVERETTE CARPENTER

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on  06/08/2010   :

By First Class Mail :

NATIONAL RECOVERY AGENCY, INC., PO BOX 67015, HARRISBURG, PA  17106-7015,  -
NATIONWIDE CASH, 650 NAAMAN`S ROAD STE. 300A, LANGHORNE, PA  19047,  -
NC DEPT OF REV., OFFICE SVCS / BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC  27602-1168 -
NC DEPT OF REV, ATTN: MANAGING AGENT, PO BOX 25000, RALEIGH, NC  27640-0615 -
NCO FINANCIAL, 507 PRUDENTIAL RD., HERSHAM, PA  19044,  -
NORTH CAROLINA DEPT. OF REV., ANGELA C. FOUNTAIN, BK. MGR., P. O. BOX 1168, RALEIGH, NC  27602-1168 -
NORTHLAND GROUP, PO BOX 390846, EDINA, MN  55436,  -
PINNACLE FINANCIAL GROUP, PO BOX 4115, CONCORD, CA  94524-4115,  -
PORTFOLIO RECOV. ASSOC., LLC, PO BOX 41067, NORFOLK, VA  23541,  -
PORTFOLIO RECOV. ASSOC., LLC, PO BOX 12914, NORFOLK, VA  23541,  -
RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603-0587,  -
ROY RANDOLPH CARPENTER, JR., PENNY AVERETTE CARPENTER, P.O. BOX 314, STEM, NC  27581 -
SIMM ASSOCIATES, INC, ATTN:  MANAGER OR REG. AGENT, 800 PENCADER DR., NEWARK, DE  19702-3354 -
SOVEREIGN BANK, ATTN:  MANAGER OR REG. AGENT, 8585 N. STEMMONS FWY, DALLAS, TX  75247-3836 -
TARGET, C/O RETAILER NATIONAL BANK, PO BOX 59228, MINNEAPOLIS, MN  55459-0228 -
THE BUREAUS, INC., 1717 CENTRAL ST., EVANSTON, IL  60201,  -
US DEPT. OF JUSTICE, FOR NC DEPT OF REV, PO BOX 629, RALEIGH, NC  27602-0629 -
VERIZON SOUTH, PO BOX 920041, DALLAS, TX  75392-0041,  -
WESTERN AUTO, PO BOX 2015, OXFORD, NC  27565,  -
WILLIAMSBURG PLANTATION, 3015 N. OCEAN BLVD. STE. 121, FORT LAUDERDALE, FL  33308,  -

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:  06/08/2010            Signature: _____*Robert J. Wallace, Jr.*_____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134